COURT OF APPEALS

EIGHTH DISTRICT OF TEXAS

EL PASO, TEXAS

|  |  |  |
|---|---|---|
|  | § |  |
| IN RE: R. WAYNE JOHNSON, | § | No. 08-09-00268-CV |
| Relator. | § | AN ORIGINAL PROCEEDING |
|  | § | IN MANDAMUS |
|  | § |  |
|  | § |  |

## MEMORANDUM OPINION ON PETITION FOR WRIT OF MANDAMUS

Relator has filed a *pro se* petition for writ of mandamus requesting that this Court compel the Honorable Bonnie Rangel, Judge of the 171st District Court, to "rescind her order in cause 07-4189, 171st as it is void."

Mandamus will issue only to correct a clear abuse of discretion. *See Walker v. Packer*, 827 S.W.2d 833, 839-40 (Tex. 1992) (orig. proceeding). In addition there must be no other adequate remedy at law available to the relator. *Id.* Based on the petition and record before us, Relator has failed to establish he is entitled to mandamus relief. *See* TEX. R. APP. P. 52.8. Therefore, the petition is denied.


GUADALUPE RIVERA, Justice

November 4, 2009

Before Chew, C.J., McClure, and Rivera, JJ.